UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Richard L. Demsey, *et al.*,

      Plaintiffs,

      v.

Safeway Moving Systems, Inc., *et al.*,
*doing business as*
Safeway Moving

      Defendants.

Case No. 2:25-cv-550

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Defendant Safeco Insurance Company failed to timely effect service of its crossclaims against Red Truck Enterprises Corp., Wheaton Van Lines, and Jumayev and failed to show cause why its claims against them should not be dismissed. Accordingly, the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending the Court dismiss those crossclaims for failure to timely effect service. R&R, ECF No. 51.

The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. *Id.* at 2. No party objected. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Safeco Insurance Company's crossclaims against Red Truck Enterprises Corp., Wheaton Van Lines, and Jumayev. The Clerk shall terminate ECF No. 51.

      **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT