# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Richard L. Demsey,** *et al.,*

      **Plaintiffs,**

      **v.**

**Safeway Moving Systems, Inc.,** *et al.,*
*doing business as*
Safeway Moving,

      **Defendants.**

**Case No. 2:25-cv-550**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court dismiss without prejudice the John Doe and John Foe Defendants for failure to serve. R&R, ECF No. 53. The Magistrate Judge notified Plaintiffs of their right to object to that recommendation and of the consequences of failing to do so. *Id.* at 2. Plaintiffs did not object. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES WITHOUT PREJUDICE** the following Defendants: (1) John 1–10 Doe; and (2) John Foe. The Clerk is **DIRECTED** to terminate those Defendants as parties to the case and to terminate ECF No. 53 as a pending motion.

      **IT IS SO ORDERED.**

                                     **MICHAEL H. WATSON, JUDGE**
                                     **UNITED STATES DISTRICT COURT**