**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RICHARD L. DEMSEY,** *et al.*,

**Plaintiffs,**

v.

**SAFEWAY MOVING SYSTEMS, INC.,**
*et al.*,

**Defendants.**

**Civil Action 2:25-cv-550**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

Defendant Safeco Insurance Company has filed its Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1). (ECF No. 64.) The Court has not ordered Defendant to file this document. Moreover, the parties have not utilized their initial disclosures in a court proceeding. The Court therefore **STRIKES** Defendant's filing and **ORDERS** Defendant to cease filing discovery documents, or notices of their service, until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission.").

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE