# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION


**RICHARD L. DEMSEY**, *et al.*,

      **Plaintiffs,**

    **v.**

**SAFEWAY MOVING SYSTEMS, INC.,**
*et al.*,

      **Defendants.**

**Civil Action 2:25-cv-550**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

### ORDER

Defendant Safeco Insurance Company has filed its Notice Compliance, indicating that it has answered Plaintiff's written discovery requests. (ECF No. 67.)  The Court has not ordered Defendant to file this document. Moreover, the parties have not utilized their discovery responses in a court proceeding. The Court therefore **STRIKES** Defendant's filing and **ORDERS** it to cease filing discovery documents, or notices of their service, until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission.").


    **IT IS SO ORDERED.**


/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE